# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/11/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00521DAE

CASE NAME:       U.S.A. vs. Debbie Louise Yxcot

ATTYS FOR PLA:    Marshall Silverberg

ATTYS FOR DEFT:   William M. Domingo

INTERPRETER:

---

JUDGE:   Barry M. Kurren        REPORTER:   C6

DATE:    7/11/2005             TIME:       10:32-10:44

---

COURT ACTION:   Further Status Conference Following Assessment

Defendant present, in custody.

Bail set at:

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7h1)  Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services. **You can only leave the island with Ms. Nance.**

(7j)   Maintain residence with/at: Angelica Nance at **94-588 Loaa Street, Waipahu HI 96797, and do not move without the prior approval of Pretrial Services. You have to sleep at Ms. Nance's residence every night, unless approved by Pretrial Services..**

(7l)   You are prohibited from entering/frequenting the following areas: **Liliha Street, Vineyard Street, Bishop Street, and King Street, except with the prior approval of Pretrial Services. You may not go to your mother's residence, but she may call Angelica Nance to arrange places you and Ms. Nance can meet her.**

(7n)   Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services.   Take all medications as prescribed.

(7s1)   You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7s1)   You are prohibited from owning, possessing, or controlling any firearm or ammunition. **You may not have a gun or other weapon(s).**

(7t)   Do not consume any alcoholic beverages or products containing alcohol while on bond. **You may not drink beer.**

(7u1)   Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. **You may not smoke, inject, or swallow, any drug(s) that is not given to you by Angelica Nance and/or a doctor. You may not take any drug that is given to you by anyone you meet on the street.**

(7v2)   Submit to drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services. **You may have to give urine specimens for drug testing.**

(7w2)   Submit to alcohol detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services. **You may have to breathe into the tube for alcohol testing.**

(7y)   You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:   You have to follow all the rules at the home of Angelica Nance and the rules of the Department of Health.

You can only leave Ms. Nance's house with Ms. Nance, unless in the presence of another authorized adult, as approved by Pretrial Services. Ms. Nance must be near you all the time, unless Pretrial Services says another adult may be with you.

A Status Hearing will be held every six months or as otherwise scheduled by the Court or parties, during the pendency of the case.

Status hearing set for 01/17/2006 @ 10:00 a.m. BMK.

Defendant remanded to custody of the US Marshal.

Submitted by: Bernie Biacan, Courtroom Manager