

**Richlyn Young/HID/09/USCOURTS**
12/20/2005 01:58 PM

To: HIDml_CR Notice Group, marshall.silverberg@usdoj.gov, wmdomingo@yahoo.com
cc: Toni Fujinaga/HID/09/USCOURTS, Tammy Kimura/HID/09/USCOURTS,
bcc:
Subject: CR 02-00521DAE  USA v. Debbie Louise Yxcot

**Status Conference Following Mental Evaluation for Determination of Competency as to Debbie Louise Yxcot continued from 12-22-05 to 1-6-06 @ 1:15 p.m. BMK.  Defendant is not yet in the district.**

cc:  Marshall Silverberg, William Domingo

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH:  (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2005

at ____ o'clock and ____ min.___M
SUE BEITIA, CLERK