# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00521DAE

CASE NAME:        USA v. Debbie Louise Yxcot

ATTYS FOR PLA:    Marshall Silverberg, Jill Nagamine

ATTYS FOR DEFT:   William M. Domingo

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    2/9/2006                 TIME:       10:47 - 10:56

COURT ACTION:  EP: Further Status Conference Following Assessment - deft present in custody.

William Domingo objects to the finding of competency.
Court finds deft competent to stand trial.

Marshall Silverberg to prepare order excluding speedy trial thru 2-9-06.

New dates given:
JS/JT 3-29-06 @ 9 a.m., DAE
FPT 3-3-06 @ 10 a.m., BMK
Motions due 3-2-06
Response due 3-16-06

Magistrate Judge Barry M. Kurren to handle pretrial matters.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager