EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-Mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00521 DAE |
| | ) | |
|        Plaintiff, | ) | ORDER SETTING A NEW TRIAL DATE |
| | ) | AND EXCLUDING TIME UNDER THE |
|    vs. | ) | SPEEDY TRIAL ACT |
| | ) | |
| DEBBIE LOUISE YXCOT, | ) | |
| | ) | |
|       Defendant. | ) | |
| _____ | ) | |

ORDER SETTING A NEW TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

On September 2, 2005, this Court ordered a third mental
competency evaluation for the defendant.  In that Order, the
Court set forth the unusual procedural history that has occurred
in this case.  Familiarity with that Order and the Court's "Order
Finding The Defendant Competent To Stand Trial," are presumed for
purposes of this Order.

There have been a number of explicit and implicit
findings in this case that have excluded time under the Speedy
Trial Act, 18 U.S.C. § 3161 et. seq.  The purpose of this Order
is to make clear that all the time up until now has been excluded

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), because of various proceedings, including examinations, to determine the mental competency of the defendant.  That process was unusually long because of a number of bail violations committed by the defendant while she was on pretrial release.

The Court has now found in a separate Order that the defendant is competent to stand trial and the following dates are hereby set: a jury trial before U.S. District Judge David A. Ezra is set for March 29, 2006, at 9:00 a.m.; a Final Pretrial Conference is set for March 3, 2006, before U.S. Magistrate Judge Barry M. Kurren at 10:00 a.m.; defendant's motions are due March 2, 2006, and the government's responses are due March 16, 2006.

SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated:  February 27, 2006

United States v. Debbie Louise Yxcot, Cr. No. 02-00521 DAE
"ORDER SETTING A NEW TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT"

2