EDWARD H. KUBO, JR.  # 2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Marshall.Silverberg@USDOJ.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00521 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | THE PROPOSED PRESENTENCE |
| vs. | ) | REPORT |
| | ) | |
| DEBBIE LOUISE YXCOT, | ) | Sentencing date: 08/16/06 |
| | ) | Time:  1:30 p.m. |
| | ) | Judge: Hon. David A. Ezra |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S RESPONSE TO THE PROPOSED PRESENTENCE REPORT**

   The United States has no objections or comments to the Proposed Presentence report.

   DATED:  May 9, 2006, at Honolulu, Hawaii.

                     EDWARD H. KUBO, JR.
                     United States Attorney
                     District of Hawaii


                     By /s/ Marshall H. Silverberg
                        MARSHALL H. SILVERBERG
                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

    WILLIAM M. DOMINGO, ESQ.     wmdomingo@yahoo.com

    Attorney for Defendant
    DEBBIE LOUISE YXCOT

<u>Served by hand delivery</u>:

    U.S. PROBATION OFFICE
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

      DATED:  May 9, 2006, at Honolulu, Hawaii.

                                  /s/ Cheri Abing