# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/09/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 02-00521DAE

CASE NAME:       USA v. Debbie Louise Yxcot

ATTYS FOR PLA:   Marshall Silverberg

ATTYS FOR DEFT:  William Domingo

USPO:            Tim Jenkins

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/09/2006 | TIME: | 1:30pm-1:50pm |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Debbie Louise Yxcot present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:  24 MONTHS

Supervised Release:  NONE IMPOSED

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Defendant advised of her right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager