AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

v.

**DEBBIE LOUISE YXCOT**

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 02-00521DAE-01

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST DEBBIE LOUISE YXCOT and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE - VIOLATIONS OF SUPERVISED RELEASE

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | 11/08/06 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL      By: Kevin S. C. Chang, United States Magistrate Judge for
                                United States Judge, David A. Ezra

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 11/8/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 11/9/06 | Tony Cole DUSM | [signature] |

Stamps: RECEIVED 2006 NOV -8 PM 2:02 U.S. MARSHALS SERVICE HONOLULU, HI; FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII NOV 13 2006 at 9 o'clock and 45 min. __ M  SUE BEITIA, CLERK